

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00055-CR

IN RE MARK EUGENE ENGLE

Original Mandamus Proceeding

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

# M E M O R A N D U M   O P I N I O N

Mark Eugene Engle filed this petition for a writ of mandamus asking this Court to compel the Hunt County District Clerk to provide him with a "copy of the minutes from the [g]rand [j]ury hearing" in his case.

This Court's mandamus jurisdiction is governed by Section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of a court of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district and (2) all writs necessary to enforce the court of appeals' jurisdiction. TEX. GOV'T CODE ANN. § 22.221 (West 2004). The district clerk is not a district court or county court judge in this Court's district, and Engle has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this Court's appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a).

Accordingly, Engle's petition is denied.

Josh R. Morriss, III
Chief Justice

Date Submitted:     April 13, 2015
Date Decided:       April 14, 2015

Do Not Publish